UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRAEGER PELLET GRILLS, LLC, a
Delaware limited liability company

    Plaintiff,

v.    Case No. 8:19-cv-1714-T-33AEP

JOSEPH TRAEGER, an individual, BRIAN
TRAEGER, an individual, and MARK
TRAEGER, an individual,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Parties' Joint Stipulation for Preliminary Injunction (Doc. 97). The Court, having considered the Parties' briefing on Plaintiff's Motion for a Preliminary Injunction (Doc. 6), the Parties' arguments on August 26, 2019, and October 2, 2019, and the Parties' Joint Stipulation for Preliminary Injunction (Doc. 97), finds good cause to enter the following preliminary injunction on behalf of Plaintiff. Accordingly, it is hereby

ORDERED:

1. Parties' Joint Stipulation for Preliminary Injunction (Doc. 97) is GRANTED.

2. Defendants are preliminarily enjoined from using, or publishing, in any manner or assisting others from using, or publishing, in any manner the Traeger name used as a trademark and images of the Traeger Barn located in Mt. Angel, Oregon that bear the Traeger name, in connection with the advertising, marketing, or sale of wood pellet grills and associated products.

DONE AND ORDERED in Tampa, Florida, on this 7th day of October, 2019.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record